**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDDIE MACK, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BUILDERS AND CONTRACTORS SUPPLY CO., INC.,<br><br>Defendant. | No. 2:26-cv-1266-JAK-DSRx<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) (DKT. 26)**<br><br>**JS-6: CASE TERMINATED** |

Based on a review of the Stipulation for Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) ("Stipulation" (Dkt. 26)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed with prejudice as to Plaintiff and without prejudice as to the class alleged in the Complaint. The parties shall each bear their own fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

DATED: July 15, 2026

John A. Kronstadt
United States District Judge